THE STATE, EX REL. MOSS, APPELLANT, *v.* SUBORA, APPELLEE.

[Cite as State, ex rel. Moss, *v.* Subora (1987), 29 Ohio St. 3d 66.]

(No. 86-277—Decided April 1, 1987.)

*Calvin L. Moss, pro se.*

*Anthony J. Celebrezze, Jr.,* attorney general, and *Joseph M. Mancini,* for appellee.

*Per Curiam.* Appellant's motions are overruled. In addition, the judgment of the court of appeals is affirmed. Appellant is not entitled to double credit, *i.e.,* two hundred twenty-seven days of jail time credit toward his sentence for both his Franklin County offense and his Ross County offenses.

*Judgment accordingly.*

MOYER, C.J., LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

SWEENEY, J., not participating.